UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Kilts Resources, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:10-cv-0544 |
| | § | |
| Boston Scientific Corporation, | § | Jury Trial Demanded |
| | § | |
| Defendant. | § | |

**JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT**

Plaintiff, Kilts Resources, LLC, and Defendant, Boston Scientific Corporation jointly move the court for entry of the attached Agreed Final Judgment, pursuant to the parties' Confidential Settlement Agreement, resolving all claims and issues in this case with prejudice.

Dated:  June 23, 2011                                                                 Respectfully submitted,

*/s/ Winston O. Huff (w/permission Melissa Smith)*            *s/ Melissa Smith*
Winston O. Huff, Attorney in Charge                                    Melissa Smith
Tex. Bar No. 24068745                                                           Tex. Bar No. 24001351
Huff Legal Group, P.C.                                                            Gilliam & Smith
2500 Dallas Parkway, Suite 260                                            303 S. Washington Ave.
Plano, Texas 75093                                                                 Marshall, TX 75670
972.826.4467 (firm)                                                                903.934.8450 (firm)
214.593.1972 (fax)                                                                  903.934.9257 (fax)
wohuff@hufflegalgroup.com                                                melissa@gillamsmithlaw.com

**ATTORNEY FOR PLAINTIFF**

Marc A Cohn
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1202
202.942.5797 (firm)
202.942.5999 (fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 23th day of June, 2011.

      /s/ *Winston O. Huff*
      Winston O. Huff